```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION
```

REGINA JOHNSON,                    *

       Plaintiff           *

vs.                                *
                               CASE NO. 3:07-CV-46(CDL)

MICHAEL J. ASTRUE, Commissioner    *
of Social Security,
                               *

       Defendant
_____    *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 21, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 2nd day of July, 2008.

                                        S/Clay D. Land
                                          CLAY D. LAND
                               UNITED STATES DISTRICT JUDGE